# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COPPERWELD BIMETALLICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CERRO WIRE, LLC, et al., <br><br> Defendants. | Miscellaneous Action No.: 24-mc-457 <br><br> (Related to Civil Action 5:21-cv-01310-MHH, N.D. Alabama) |
| CERRO WIRE, LLC, <br><br> Counter-Claimant, <br><br> v. <br><br> COPPERWELD BIMETALLICS, LLC, <br><br> Counter-Defendant. |  |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying declaration of Michael J. Sebba, and the exhibits attached thereto, and the accompanying Memorandum of Law in support of this motion, Cerro Wire, LLC. will move this Court, before the Part I Judge, pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure, to compel third-party Exponent, Inc. to produce documents, to pay to Cerro Wire its attorneys' fees and expenses incurred in bringing the instant motion to compel, and providing for any other and further relief that the Court deems just and proper.

Dated: October 3, 2024      ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ _Michael J. Sebba_____

Michael J. Sebba
Michael.Sebba@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

1

US 253113491v1

The Court has reviewed Cerro Wire, LLC's Motion to Compel (Dkt. #1), the documents submitted in support thereof (Dkt. #2, 3), and the appearances by counsel on behalf of Exponent, Inc. (Dkt. #5, 6).

Exponent, Inc. shall file an Opposition to the Motion to Compel, or otherwise respond to it, on or before **November 15, 2024.**

Dated:    October 28, 2024    SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE