# Arnold & Porter

**Michael Sebba**
+1 213.243.4229 Direct
Michael.Sebba@arnoldporter.com

## MEMO ENDORSED

November 25, 2024

**VIA ECF**

Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007


Re:    *Copperweld Bimetallics, LLC v. Exponent Inc..*
       No. 1:24-mc-00457
       Consented to request for extension of time

Dear Judge Failla:

Per Your Honor's Rule 2.C.i., we write on behalf of Cerro Wire LLC's ("Cerro Wire") and Exponent Inc. ("Exponent") to jointly, respectfully request an extension of time for Exponent's opposition to the motion to compel for an additional nine (9) days, until December 6, 2024. Per the Court's November 14, 2024 Order, Exponent's opposition is due on November 27, 2024. (ECF # 10) The Court granted one previous extension sua sponte and another at the parties' request. This extension is sought to allow the parties additional time to seek resolution of the discovery sought by Cerro Wire without further intervention by the Court; discussions among counsel are ongoing. Exponent consents and joins in the request for an extension of time.

Thank you for your consideration.

Respectfully submitted,

/s/ Michael Sebba
Michael Sebba


Enclosure
cc:    All Counsel (via ECF)

---

**Arnold & Porter Kaye Scholer LLP**
777 South Figueroa Street, 44th Floor  |  Los Angeles, CA 90017-5844  |  **www.arnoldporter.com**

Application GRANTED.  The deadline for Exponent to file its opposition to the motion to compel is hereby ADJOURNED to on or before **December 6, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 11.

Dated:      November 26, 2024          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE